UNITED STATES of America ex rel. John RESTIVO, Relator-Appellant, v. Benjamin M. DAY, Commissioner of Immigration at the Port of New York, Respondent-Appellee.

No. 320.

Circuit Court of Appeals, Second Circuit.

May 5, 1930.

Gaspare M. Cusumano, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Leon E. Spencer, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

Hayes VAN GORDER v. Richard J. HOPKINS, U. S. District Judge.

No. 310.

Circuit Court of Appeals, Tenth Circuit.

June 5, 1930.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Motion denied June 5, 1930.

J. O. VAN METER and Bob Sines v. UNITED STATES of America.

No. 16.

Circuit Court of Appeals, Tenth Circuit.

June 10, 1930.

C. H. Parrick, of Oklahoma City, Okl., for appellants.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 10, 1930, on motion of appellee.

George VARGO v. UNITED STATES of America.

No. 5581.

Circuit Court of Appeals, Sixth Circuit.

Jan. 16, 1930.

John A. Elden, of Cleveland, Ohio, and John Willo, of Youngstown, Ohio, for appellant.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Judgment of District Court affirmed.

P. M. VICK v. UNITED STATES of America.

No. 152.

Circuit Court of Appeals, Tenth Circuit.

Aug. 26, 1929.

Frank Lee, U. S. Atty., of Muskogee, Okl., for appellee.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Dismissed August 26, 1929, on motion.